UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CORNING TREE FARM, LLC,

       Plaintiff,

vs.                     Case No.  2:03-cv-236-FtM-33SPC

JIM EISENMAN and MARSHA EISENMAN,

       Defendants.

_____

## ORDER

This matter comes before the Court on Defendants' Motion to Dismiss (Doc. #31) filed on February 10, 2005.  This Court issued an order on February 28, 2005 (Doc. #32), directing the Plaintiff to respond to the Defendants' Motion to Dismiss (Doc. #31), or the Motion would be considered without response.  To date, the Plaintiff has failed to file a responsive pleading.  The Defendants indicate that they filed a Plan of Reorganization and Disclosure Statement on May 7, 2004, with copies mailed to all creditors.  The Reorganization Plan was confirmed on December 9, 2004.

Accordingly, it is now

ORDERED, ADJUDGED, and DECREED:

Defendants' Motion to Dismiss (Doc. #31) is hereby GRANTED without prejudice.  The Clerk is directed to enter judgment accordingly and close the file.  The Clerk is further directed to

terminate all previously scheduled deadlines and pending motions.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 27th day of May, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record